IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S.R., by and through his next friends M.R., N.R. and P.R., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 4:08-cv-03263 |
| EL CAMPO INDEPENDENT SCHOOL DISTRICT, et al., | | |
| Defendants. | | |

**NOTICE OF VOLUNTARY DISMISSAL OF
PLAINTIFF'S ACTION AGAINST DEFENDANT MARY JACKSON**

S.R. files this Notice of Voluntary Dismissal of Plaintiff's Action Against Defendant Mary Jackson pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

S.R. asserted claims against Defendant Mary Jackson in the instant case based upon restraint records produced by Defendant El Campo Independent School District ("ECISD") in conjunction with S.R.'s Individuals with Disabilities Education Act due process hearing. Defendant ECISD has noted through its pleadings in this matter, however, that it has no record of ever employing an individual named "Mary Jackson."

Based upon this representation, and further review of ECISD's records, S.R. likely misinterpreted the handwriting on the restraint forms and that name which initially appeared to be "Mary Jackson" may actually be Mary Jane Skow, who is employed by ECISD and is a Defendant who has appeared in this action. Accordingly, S.R. voluntarily dismisses his action against the fictitious "Mary Jackson."

Dismissal is proper without Court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) because no Defendant in this matter has served either an answer or a motion for summary judgment on Plaintiff.

Respectfully submitted,

_____
Jason M. Ryan
Attorney-in-Charge
Texas Bar No. 24033150
Southern District of Texas Bar No. 562179
RyanGlover LLP
J.P. Morgan Chase Tower
600 Travis, Suite 6750
Houston, Texas 77002
713.229.0202
832.550.2063 (fax)
jason.ryan@ryangloverllp.com

OF COUNSEL:

Linda M. Glover
Texas Bar No. 24032229
Southern District of Texas Bar No. 34716
Tracey B. Cobb
Texas Bar No. 24040705
RyanGlover LLP
J.P. Morgan Chase Tower
600 Travis, Suite 6750
Houston, Texas 77002
713.229.0202
832.550.2063 (fax)

ATTORNEYS FOR PLAINTIFF S. R., BY AND THROUGH HIS NEXT FRIENDS M.R., N.R. AND P.R.

## Certificate of Service

I hereby certify that on this, the 24th day of March, 2009, a true and correct copy of the foregoing Notice of Voluntary Dismissal of Plaintiff's Action against Defendant Mary Jackson was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following counsel of record:

Joe A. De Los Santos
Walsh, Anderson, Brown, Schultze & Aldridge, P.C.
100 NE Loop 410, Ste. 100
San Antonio, TX 78216

_____
Jason M. Ryan