IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S.R., by and through his next friends M.R., N.R. and P.R., | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:08-cv-03263 |
| | § | |
| EL CAMPO INDEPENDENT SCHOOL DISTRICT, *et al* | § § § § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF LEAD COUNSEL AND NOTICE OF CHANGE OF ADDRESS OF NEW LEAD COUNSEL**

Plaintiff moves the Court to permit his lead counsel, Jason M. Ryan, to withdraw from this matter. Mr. Ryan has accepted employment with CenterPoint Energy and is no longer engaged in the private practice of law.

Plaintiff also moves to substitute Linda M. Glover, who has previously appeared in this matter, as lead counsel. Plaintiff approves of the substitution. Ms. Glover is familiar with the facts and issues in this case and substitution will not cause delay.

Plaintiff further asks that the Court and Defendants take notice that Ms. Glover's address has changed as follows:

> Linda M. Glover
> Attorney-In-Charge
> Winstead P.C.
> 1100 J.P. Morgan Chase Tower
> 600 Travis
> Houston, Texas 77002
> 713-650-2731 (Telephone)
> 713-650-2400 (Facsimile)
> lglover@winstead.com

1

Tracey B. Cobb, who has previously appeared in this matter, has also changed her address as follows:

> Tracey B. Cobb
> Winstead P.C.
> 1100 J.P. Morgan Chase Tower
> 600 Travis
> Houston, Texas 77002
> 713-650-   (Telephone)
> 713-650-2400 (Facsimile).

Plaintiff accordingly requests that the Court grant this motion and that:

a.   Mr. Ryan be permitted to withdraw as Plaintiff's lead counsel;

b.   Ms. Glover be substituted as Plaintiff's lead counsel; and

c.   All pleadings, orders and notices in this matter be directed to Ms. Glover at the address supplied above.

> Respectfully submitted,
>
> WINSTEAD P.C.
>
> By: *Linda M. Glover* (signature)
> Linda M. Glover
> Attorney-In-Charge
> State Bar No. 24032229
> Southern Dist. No. 34716
> 1100 J.P. Morgan Chase Tower
> 600 Travis
> Houston, Texas 77002
> 713-650-2731 (Telephone)
> 713-650-2400 (Facsimile)
> lglover@winstead.com

Of Counsel:
Tracey B. Cobb
Winstead P.C.
1100 J.P. Morgan Chase Tower
600 Travis
Houston, Texas 77002
713-650-(Telephone)
713-650-2400 (Facsimile)
t.cobb@winstead.com

APPROVED AS TO FORM AND SUBSTANCE:

By: _____
Jason M. Ryan
Assistant General Counsel
CenterPoint Energy, Inc.
1111 Louisiana, Suite 4669
Houston TX 77002
713.207.7261 (Telephone)
713.207.0101 (Facsimile)
jason.ryan@centerpointenergy.com

### Certificate of Conference

I hereby certify that on this, the 4th day of January 2010, I conferred with Defendants' attorney-in-charge, D. Craig Wood. Defendants are unopposed to this motion.

_____
Linda M. Glover

### Certificate of Conference

I hereby certify that on this, the 5th day of January 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following counsel of record:

D. Craig Wood
Walsh, Anderson, Brown, Schulze, & Aldridge, P.C.
100 NE Loop 410, Ste 1000
San Antonio, TX 78216

3