IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S.R., by and through his next friends M.R., N.R. and P.R., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:08-cv-03263 |
| EL CAMPO INDEPENDENT SCHOOL DISTRICT, et al., | § § § § | |
| Defendants. | § | |

**JOINT MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

The parties have reached a compromise settlement of all issues in this case, and have agreed that Carol S. Butner, an attorney licensed in the State of Texas, State Bar No. 03537300, with offices located at 5009 Caroline, Suite B, Houston, Harris County, Texas 77004, is an appropriate person to be Guardian Ad Litem for the minor child, S.R., in order to protect his interests in connection with such settlement. Ms. Butner has agreed to accept this appointment and review the proposed settlement before it is presented to the Court for its consideration and approval.

The parties therefore respectfully request that this Court appoint Carol S. Butner as Guardian Ad Litem to advise the Court with respect to the interests of the minor child in this case.

Respectfully submitted,

WINSTEAD PC

By: _____
Linda M. Glover
Attorney in Charge
Southern District of Texas Bar No. 34716
Texas Bar No. 24032229
1100 J.P. Morgan Chase Tower
600 Travis
Houston, Texas 77002
713-650-2731 (Telephone)
713-650-2400 (Facsimile)

ATTORNEYS FOR PLAINTIFF

WALSH, ANDERSON, BROWN, GALLEGOS AND GREEN, P.C.

By: _____
D. Craig Wood
Attorney in Charge
Southern District of Texas Bar No. 979301
Texas Bar No. 21888700
Joe A. De Los Santos
Southern District of Texas Bar. No. 24370
Texas Bar No. 24007100
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
210-979-6633 (Telephone)
210-979-7024 (Facsimile)

ATTORNEYS FOR DEFENDANTS